## NIMS v. BOONE COUNTY.

1. County Bridge: APPROACH TO AS PART OF: QUESTION FOR JURY. *Nims v. Boone County*, 66 Iowa, 272 followed.

*Appeal from Boone Circuit Court.*

THURSDAY, APRIL 22.

ACTION to recover for personal injuries sustained by the plaintiff by reason of a horse which the plaintiff was driving becoming frightened at a hole in a county bridge, and, by backing, causing a buggy in which the plaintiff was seated to be precipitated down an embankment constituting an approach to the bridge. Trial by jury. Verdict for plaintiff, and judgment. The defendant appeals.

*S. R. Dyer*, for appellant.

*Hindman & Hall*, for appellee.

SEEVERS, J.—The plaintiff is the wife of the plaintiff in *Nims v. Boone Co.*, 66 Iowa, 272, and seeks to recover such damages as she personally is entitled to for the same accident referred to in the cited case. The evidence is substantially the same in this as in that case. The instructions of the court are the same. Following the cited case, we must hold that the court erred in the instructions given the jury for the reasons stated in 66 Iowa, 272.

REVERSED.